UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**BENSON EVERETT LEGG**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0723 |

February 13, 2012

MEMORANDUM TO COUNSEL RE:   United States v. Yooho Weon
                                                          Cr. No. L-10-0780

Dear Counsel:

On November 23, 2011, I issued a letter Order directing the parties to confer and to submit a mutually agreeable briefing schedule on Mr. Weon's Motion to Withdraw his guilty plea. See Docket No. 51. This was accomplished in due course, and both sides have now filed briefs according to the agreed-upon schedule.

In my Order, I also stated that the briefing should include the parties' views as to the necessity of an evidentiary hearing. Mr. Weon's Motion states that he does not believe an evidentiary hearing to be necessary. The Government's response neglects to address the question. I assume, therefore, that the Government takes no position on the matter. In light of the declarations of Jeffrey Barsky, Tracey Rueff, Charles Lunden, and Bradley Whites, all of which have now been made part of the record, I do not believe that an evidentiary hearing is necessary.

Sentencing is currently set for February 22, 2012. At that time, I will rule on Mr. Weon's Motion to Withdraw his guilty plea. If the Motion is granted, I will set a scheduling to govern the progress of the case. If the Motion is denied, I will proceed to sentencing. Counsel should be prepared for both eventualities.

Despite the informal nature of this memorandum, it is an Order of this Court, and the Clerk is directed to docket it accordingly.

/s/
Benson Everett Legg
United States District Judge